IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

AMERICAN BANKERS INSURANCE COMPANY
OF FLORIDA                                                                                              PLAINTIFF

vs.                                                         CIVIL ACTION NO. 3:05cv00106-HTW-JCS

KENNETH BRACEY, SHERRY BUCHANAN,
JACQUELINE HARPER, FLORENCE KENNEBREW,
CATHY KINNARD, ERICA LOMAX, WILLIE C. MOORE,
WILLIE E. MOORE, CHERRY PITTINGER, WILLIAM
ROTH, PERCY WASHINGTON and PATRICIA WHITE                          DEFENDANTS

### ORDER GRANTING AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA'S MOTION TO DISMISS WITHOUT PREJUDICE

There came on for hearing on this date in the above-entitled and numbered action the Plaintiff's motion to dismiss without prejudice the amended complaint and petition to compel arbitration filed by American Bankers Insurance Company of Florida ("ABIC"). The Court finds that the motion is well-taken and should be granted. Accordingly, ABIC's motion to dismiss the amended complaint and petition to compel arbitration without prejudice is hereby granted.

**SO ORDERED AND ADJUDGED,** this the 23rd day of May, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

Walter D. Willson, Esq. (MSB # 7291)
Randy L. Dean (MSB # 6011)
Jeffrey B. Rimes (MSB # 100017)
**WELLS MARBLE & HURST, PLLC**
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi  39157
Post Office Box 131
Jackson, Mississippi  39205-0131
Telephone:    (601) 605-6900
Facsimile:     (601) 605-6901

**ATTORNEYS FOR AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA**

149882.1